IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No.  95-cv-02756-WDM-OES (consolidated with 97-cv-00897-WDM-OES)

SHEILA R. DEITZ,

    Plaintiff,

v.

THE UNIVERSITY OF DENVER, COLORADO SEMINARY, et al.,

    Defendants.

_____

**ORDER**
_____

    This matter is before me on Lien Claimant Johnson's Motion for Leave to Respond to New Rule 72 Briefs which also asks that the scheduled ruling be continued. I have reviewed the filings of all parties and conclude that each party may respond to the supplemental briefing provided by opposing parties.

    Accordingly, it is ordered:

    1.  Lien claimant Johnson's motion is granted. Each party may file a responsive brief, limited to 5 pages, on or before April 14, 2006.

2. My chambers will reschedule a ruling date no sooner than May 1, 2006.

DATED at Denver, Colorado, on April 6, 2006.

                BY THE COURT:

                s/ Walker D. Miller
                United States District Judge