IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 95-cv-02756-WDM-OES

SHEILA R. DEITZ,

    Plaintiff,

v.

THE UNIVERSITY OF DENVER, COLORADO SEMINARY,

    Defendant.
_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    The renewed motion and motion for status conference are granted (ECF Nos. 526 & 528). Counsel are directed to contact chambers to schedule a hearing.

Dated: October 14, 2010

                                  s/ Jane Trexler, Judicial Assistant