IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 95-cv-02756-WDM

SHEILA R. DEITZ,

    Plaintiff,

v.

THE UNIVERSITY OF DENVER, COLORADO SEMINARY, et al.,

    Defendants.

_____

**ORDER GRANTING CLAIMANT JOHNSON ESTATE'S
MOTION FOR STAY OF DISTRIBUTION OF FUNDS HELD IN COURT REGISTRY**
_____

    The court, having reviewed Claimant Johnson Estate's Motion for Stay of Distribution of Funds Held in Court Registry, and, being fully advised in the premises, hereby

    ORDERS that disbursement of any of the monies currently held in the court registry in connection with this case is stayed until further court order.

    DATED at Denver, Colorado, on March 8, 2011.

                                            BY THE COURT:

                                            s/ Walker D. Miller
                                            United States Senior District Judge

PDF FINAL