IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

| | |
|---|---|
| Courtroom Deputy: Cathy Coomes<br>Court Reporter: Darlene Martinez | Date: June 7, 2011 |

**Civil Action No.  95-cv-02756-WDM-OES**

| Parties: | Counsel: |
|---|---|
| SHEILA R. DEITZ, | Andrew Brake |
| Plaintiff, | |
| vs. | |
| UNIVERSITY OF DENVER, et al., | Lino Lipinsky de Orlov |
| Defendants. | |

**COURTROOM MINUTES**

**Hearing Regarding Pending Motions**

**10:02 a.m.    Court in session.**

Appearances of counsel.  Plaintiff is present.

Opening statements by the Court.

Argument and discussion regarding Claimant Johnson Estate's Motion to Alter or Amend Judgment (Doc. #573, filed 3/25/11).

The Court takes the motion under advisement and will issue a written decision.

10:13 a.m.    The plaintiff, Ms. Deitz, is present in court.

Argument and discussion regarding Claimant Johnson Estate's Motion for Recovery of Attorney's Fees and Expenses Incurred in Obtaining Judgment against Plaintiff (Doc. #576, filed 4/11/11).

The Court takes the motion under advisement and will issue a written decision.

As to Plaintiff's Motion for Order to Reduce Plaintiff's Attorney's Lien to Judgment (Doc. #444, filed 4/24/02), Mr. Brake advises the Court that Plaintiff is in concurrence and agrees to an attorney's lien entering in the amount initially sought, and that he is prepared to call Dr. Deitz to present testimony on this issue, if necessary.

Sheila R. Deitz is sworn, examined by Mr. Brake, cross-examined by Mr. Lipinsky de Orlov, and excused.

Closing arguments by counsel as to Plaintiff's Motion for Order (#444).

The Court takes the motion under advisement and will issue a written decision.

Discussion regarding distribution of settlement funds.  The Court states that the issue will be addressed in the written order.

**11:25 a.m.    Court in recess.**

Total in-court time: 01:23 minutes
Hearing concluded.