IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 95-cv-02756-WDM-OES

SHEILA R. DEITZ,

    Plaintiff,

v.

THE UNIVERSITY OF DENVER, COLORADO SEMINARY, et al.,

    Defendants.

## ORDER CONCERNING DISBURSEMENT OF FUNDS

Miller, J.

    When this case settled in April of 2000, the Defendant deposited $75,000 into the Court Registry to be paid to the Plaintiff and/or her counsel.  The parties have engaged in litigation since that time which has finally been resolved by my Amended Order on Objections to Magistrate Judge's orders (ECF No. 556) and Order on Pending Motions (ECF No. 591).  The $75,000 has accrued interest in accordance with the Court Registry Investment System (CRIS) at varying rates over the years.  Effective July 15, 2011, $17,259.84 in interest will have accrued so that the balance in the Court Registry is $92,259.84

    The court is required to issue Internal Revenue Service Form 1099 INT to be filed with the Internal Revenue Service reporting who received the benefit of that interest.  My February 22, 2011 Amended Order awarded judgment in favor of the

Estate of Johnson (Johnson) in the amount of $7,276.99, together with interest at the rate of eight percent per annum, compounded annually from March 18, 1996, until February 16, 2011 in the amount of $15,684.92, together with $4.98 per diem thereafter until entry of judgment on February 25, 2011, or $44.82, together with post-judgment interest at the rate established in 28 U.S.C. § 1961. Post-judgment interest at the rate of .29 percent will have accrued in the amount of $25.77 as of July 15, 2011.

Pursuant to my June 28, 2011 Order on Pending Motions (ECF No. 591), judgment was entered in the amount of $4,780.32, with no pre-judgment interest, in favor of the Brake Law Firm.

Taking into account these various orders and judgments and the variant interest rates, I conclude that it is fair and appropriate that the funds on deposit in the Registry of the court be disbursed in accordance with my orders and accounted for in the following manner:

1.  The Clerk shall pay from the funds in the Court's Registry the amount of $23,032.50 to Debbie Quakenbush, the Personal Representative of the Johnson Estate, consisting of $7,276.99 in principal amount and $15,755.51 in interest, which interest shall be reported to the Internal Revenue Service and Debbie Quakenbush as Personal Representative on an appropriate 1099 INT Form;

2. $4,780.32 shall be paid to the Brake Law Firm;

3. $64,447.02, consisting of $62,942.69 in principal and $1,504.33 in interest, which interest shall be reported to the Internal Revenue Service and Plaintiff by appropriate 1099 INT; and

    4.  Plaintiff and Debbie Quakenbush as Personal Representative shall promptly file with the Clerk a completed Internal Revenue Service Form W-9.

DATED at Denver, Colorado, on July 12, 2011

BY THE COURT:

s/ Walker D. Miller  
United States Senior District Judge