IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 95-cv-02756-WDM-OES

SHEILA R. DEITZ,

    Plaintiff,

v.

THE UNIVERSITY OF DENVER, COLORADO SEMINARY, et al.,

    Defendants.

---

**ORDER**

---

Miller, J.

    This matter is before me on Claimant Johnson Estate's Motion for Stay which

indicates that the motion is opposed by Plaintiff or attorney Brake or both.  Before ruling

I should have an explanation of the opposition to the motion.  Accordingly, it is ordered:

    1.  Plaintiff and Andrew T. Brake PC shall file their response to the Johnson

Estate's motion by July 22, 2011; and

    2.  My previous order to distribute the funds in the Registry of the Court on July

15, 2011, is stayed until further order by this court.

    DATED at Denver, Colorado, on July 14, 2011.

                                        BY THE COURT:

                                        s/ Walker D. Miller
                                        United States Senior District Judge