IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Walker D. Miller

Civil Action No. 95-cv-02756-WDM-OES

SHEILA R. DEITZ,

    Plaintiff,

v.

THE UNIVERSITY OF DENVER, COLORADO SEMINARY, et al.,

    Defendants.

## ORDER

    This matter is before me concerning the Claimant Johnson Estate's Motion to Stay. The Defendants have responded and Claimant Johnson has now filed a Notice of Appeal (ECF No. 599). Pursuant to Fed. R. Civ. P. 62(d), the Claimant may obtain a stay by posting a supersedeas bond. Johnson has not shown good cause for varying the usual procedure.

    Accordingly, it is ordered:

    1. Claimant Johnson Estate's Motion for Stay or Distribution of Funds Held in Court Registry Pending Appeal (ECF No. 595) is denied;

    2. My previous order (ECF No. 596) staying distribution of monies in the Court Registry shall continue until August 10, 2011, to allow time for the Estate to obtain a

stay upon posting of a supersedeas bond.

DATED at Denver, Colorado, on August 1, 2011

BY THE COURT:

s/ Walker D. Miller
United States Senior District Judge